# CONTRACT FOR LEGAL SERVICES

1. **Scope of this Matter.** The Client, <u>Martisha Stevenson</u> ("you"), and the law firm of MAYS & KERR LLC, and/or any associated attorneys ("we," "us," or "Firm"), agree that we will represent you in your wage and hour claims against your employer and/or any related companies.

2. **Fee Agreement and Costs of Litigation.** As compensation for our services, our fee will be the greater of either: (a) 40% of any and all sums recovered by way of settlement prior to instituting a lawsuit, by way of settlement after a lawsuit has been instituted, or as a result of trial; or (b) the full amount of our actual fees as awarded by a decision maker in the case. Under this contract, we are under no obligation to take your case to trial or on appeal. You shall be responsible for all costs and expenses related to litigation. Advanced expenses will be repaid to us from your share of the proceeds pursuant to Georgia ethics rules.

3. **Settlement.** We agree to make no settlement in this Matter without your approval. In the event a settlement proposal is made to you with our affirmative recommendation, and any such settlement is rejected by you, we shall have the right to withdraw; to recover our fees (calculated on an hourly or percentage basis, whichever is higher); and/or to file a lien for such recovery. By signing this agreement, you authorize the Firm to act as your exclusive representative with respect to settlement negotiations. You agree that you will not settle your claim without our knowledge or enter into independent settlement negotiations with your employer. We reserve the right to withdraw if you negotiate or settle without our knowledge.

4. **Termination.** If you dismiss us or give us cause to withdraw, we shall have the right to recover from you any advanced expenses, and the right to file a lien on any recovery or to collect directly from you reasonable fees for services rendered.

5. **Consent to Cloud Data Storage.** You acknowledge and agree to our storage of files related to your Matter on secure external Internet servers that allow us to back up your files and to access your files from all of the Firm's computers.

6. **Whole Agreement.** This agreement constitutes the entire agreement between the parties. No waiver, consent, modification or change of terms of this agreement shall bind either party unless in writing and signed by both parties. You, by virtue of your signature below, hereby acknowledge that you have read this Contract, understand it, and agree to be bound by its terms and conditions.

7. **Client Communication.** It is essential for us to be able to contact you on short notice throughout the time of our representation. Accordingly, you promise to notify us immediately if you change any contact information or anticipate being unavailable. If we are unable to reach you, our ability to win your case will be undermined, and we will have the right to withdraw.

Date: 2/25/13

_Martisha Stevenson_
CLIENT

_[signature]_
MAYS & KERR LLC

# CONTRACT FOR LEGAL SERVICES

1. **Scope of this Matter.** The Client, _Elisha Hunter_ ("you"), and the law firm of MAYS & KERR LLC, and/or any associated attorneys ("we," "us," or "Firm"), agree that we will represent you in your wage and hour claims against your employer and/or any related companies.

2. **Fee Agreement and Costs of Litigation.** As compensation for our services, our fee will be the greater of either: (a) 40% of any and all sums recovered by way of settlement prior to instituting a lawsuit, by way of settlement after a lawsuit has been instituted, or as a result of trial; or (b) the full amount of our actual fees as awarded by a decision maker in the case. Under this contract, we are under no obligation to take your case to trial or on appeal. You shall be responsible for all costs and expenses related to litigation. Advanced expenses will be repaid to us from your share of the proceeds pursuant to Georgia ethics rules.

3. **Settlement.** We agree to make no settlement in this Matter without your approval. In the event a settlement proposal is made to you with our affirmative recommendation, and any such settlement is rejected by you, we shall have the right to withdraw; to recover our fees (calculated on an hourly or percentage basis, whichever is higher); and/or to file a lien for such recovery. By signing this agreement, you authorize the Firm to act as your exclusive representative with respect to settlement negotiations. You agree that you will not settle your claim without our knowledge or enter into independent settlement negotiations with your employer. We reserve the right to withdraw if you negotiate or settle without our knowledge.

4. **Termination.** If you dismiss us or give us cause to withdraw, we shall have the right to recover from you any advanced expenses, and the right to file a lien on any recovery or to collect directly from you reasonable fees for services rendered.

5. **Consent to Cloud Data Storage.** You acknowledge and agree to our storage of files related to your Matter on secure external Internet servers that allow us to back up your files and to access your files from all of the Firm's computers.

6. **Whole Agreement.** This agreement constitutes the entire agreement between the parties. No waiver, consent, modification or change of terms of this agreement shall bind either party unless in writing and signed by both parties. You, by virtue of your signature below, hereby acknowledge that you have read this Contract, understand it, and agree to be bound by its terms and conditions.

7. **Client Communication.** It is essential for us to be able to contact you on short notice throughout the time of our representation. Accordingly, you promise to notify us immediately if you change any contact information or anticipate being unavailable. If we are unable to reach you, our ability to win your case will be undermined, and we will have the right to withdraw.

Date: _3/1/13_

_[signature]_  _[signature]_
CLIENT  MAYS & KERR LLC

# CONTRACT FOR LEGAL SERVICES

1. **Scope of this Matter.** The Client, Tanya Shropshire ("you"), and the law firm of MAYS & KERR LLC, and/or any associated attorneys ("we," "us," or "Firm"), agree that we will represent you in your wage and hour claims against your employer and/or any related companies.

2. **Fee Agreement and Costs of Litigation.** As compensation for our services, our fee will be the greater of either: (a) 40% of any and all sums recovered by way of settlement prior to instituting a lawsuit, by way of settlement after a lawsuit has been instituted, or as a result of trial; or (b) the full amount of our actual fees as awarded by a decision maker in the case. Under this contract, we are under no obligation to take your case to trial or on appeal. You shall be responsible for all costs and expenses related to litigation. Advanced expenses will be repaid to us from your share of the proceeds pursuant to Georgia ethics rules.

3. **Settlement.** We agree to make no settlement in this Matter without your approval. In the event a settlement proposal is made to you with our affirmative recommendation, and any such settlement is rejected by you, we shall have the right to withdraw; to recover our fees (calculated on an hourly or percentage basis, whichever is higher); and/or to file a lien for such recovery. By signing this agreement, you authorize the Firm to act as your exclusive representative with respect to settlement negotiations. You agree that you will not settle your claim without our knowledge or enter into independent settlement negotiations with your employer. We reserve the right to withdraw if you negotiate or settle without our knowledge.

4. **Termination.** If you dismiss us or give us cause to withdraw, we shall have the right to recover from you any advanced expenses, and the right to file a lien on any recovery or to collect directly from you reasonable fees for services rendered.

5. **Consent to Cloud Data Storage.** You acknowledge and agree to our storage of files related to your Matter on secure external Internet servers that allow us to back up your files and to access your files from all of the Firm's computers.

6. **Whole Agreement.** This agreement constitutes the entire agreement between the parties. No waiver, consent, modification or change of terms of this agreement shall bind either party unless in writing and signed by both parties. You, by virtue of your signature below, hereby acknowledge that you have read this Contract, understand it, and agree to be bound by its terms and conditions.

7. **Client Communication.** It is essential for us to be able to contact you on short notice throughout the time of our representation. Accordingly, you promise to notify us immediately if you change any contact information or anticipate being unavailable. If we are unable to reach you, our ability to win your case will be undermined, and we will have the right to withdraw.

Date: 2/5/13.

_____    _____
CLIENT                        MAYS & KERR LLC